UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TINA M.,

                          Plaintiff,
                                                          5:21-CV-660
            v.                                            (DJS)

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

The Complaint in this action was filed June 7, 2021. Dkt. No. 1. The Court ordered the matter remanded to the Social Security Administration for further proceedings. Dkt. Nos. 18 & 19. Plaintiff has now filed a Motion for Attorney's Fees under the Equal Access to Justice Act. Dkt. No. 20. Defendant has not responded to the Motion.

Based on the foregoing, Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $5,458.55. It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff. *See* Dkt. No. 20-2.

Dated: September 29, 2022
            Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

- 1 -